AUSA

FILED

APR 08 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Mag. Case No. '08 MJ 8304 |
| v. | COMPLAINT FOR VIOLATION OF: |
| Emilio ORTIZ-Cota, Defendant. | Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation |

The undersigned complainant, being duly sworn, states:

On or about April 6, 2008, within the Southern District of California, defendant Emilio ORTIZ-Cota, an alien, who previously had been excluded, deported, and removed from the United States to Mexico was apprehended in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4) , and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 8th DAY OF APRIL 2008.

PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Emilio ORTIZ-Cota

STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, W. Cancel, that the Defendant was arrested on April 6, 2008, east of Calexico, California.

BPA Cancel was performing his assigned Border Patrol duties approximately .5 miles east of the Calexico, California, west Port of Entry. BPA Cancel observed an individual, later identified as Emilio ORTIZ-Cota, walk over the U.S./Mexico International Border. BPA Cancel approached ORTIZ and identified himself as a United States Border Patrol Agent and questioned him as to his immigration status. ORTIZ stated he was a citizen of Mexico illegally in the United States. ORTIZ also admitted to entering the United States by crossing over the International Border. ORTIZ was arrested and transported to the Calexico Border Patrol Station for further processing.

Record checks revealed that an Immigration Judge ordered ORTIZ deported to Mexico from the United States on January 22, 1997. Record checks also revealed ORTIZ has an extensive criminal record.

There is no evidence ORTIZ has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.